# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA SCHMIDT LODUCA, | : |
| DONNA FREEMAN, and | : CIVIL ACTION |
| LYNN WESLEY, Individually | : |
| On behalf of all others | : |
| Similarly situated, | : NO. 21-CV-0954 |
| | : |
| Plaintiffs | : |
| | : |
| vs. | : |
| | : |
| WELLPET LLC, et. al., | : |
| | : |
| Defendants | : |

## O R D E R

AND NOW, this   1st   day of July, 2021, upon consideration of the Motion of Defendant Berwind Corporation to Dismiss Plaintiffs' Complaint (Doc. No. 26) and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Complaint is DISMISSED as to Moving Defendant without prejudice and with leave to Plaintiffs to file an Amended Complaint with regard to the Berwind Corporation within twenty-one (21) days of the entry date of this Order.

BY THE COURT:


s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,      J.