IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RITA SCHMIDT LODUCA,           :
DONNA FREEMAN, and             :  CIVIL ACTION
LYNN WESLEY, Individually      :
On behalf of all others        :
Similarly situated,            :  NO. 21-CV-0954
                               :
              Plaintiffs       :
                               :
       vs.                     :
                               :
WELLPET LLC, et. al.,          :
                               :
              Defendants       :
```

**O R D E R**

AND NOW, this 7th day of July, 2021, upon consideration of the Motion of Defendant Berwind Corporation to Dismiss Plaintiffs' Complaint (Doc. No. 26) and Plaintiffs' Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Complaint is DISMISSED as to Moving Defendant without prejudice and with leave to Plaintiffs to file an Amended Complaint with regard to the Berwind Corporation within twenty-one (21) days of the entry date of this Order.

                                                      BY THE COURT:

                                                      s/ J. Curtis Joyner
                                                      _____
                                                      J. CURTIS JOYNER,        J.