## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA SCHMIDT LODUCA, DONNA FREEMAN, and LYNN WESLEY, *individually and on behalf of all others similarly situated,*<br><br>     Plaintiffs,<br><br> v.<br><br>WELLNESS PET LLC,<br><br>     Defendant. | Case No.: 2:21-cv-00954-MSG |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiffs, Rita Schmidt Loduca, Donna Freeman, and Lynn Wesley, by and through their attorneys, Pogust Goodhead, LLC, and Defendant, Wellness Pet LLC, by and through its attorneys, Shook, Hardy & Bacon LLP, that this action is voluntarily dismissed, with prejudice, each party to bear its own costs.

**[SIGNATURE PAGES FOLLOW]**

Dated: October 14, 2022                              Respectfully Submitted,

                                                         */s/ Joshua M. Neuman*
Joshua M. Neuman (Atty I.D. No. 322648)
POGUST GOODHEAD, LLC
161 Washington St, Suite 250
Conshohocken, PA 19428
jneuman@pogustgoodhead.com
T: (610) 941-4204
*Counsel for Plaintiffs*

Dated: October 14, 2022                              Respectfully Submitted,

                                                         */s/ Thomas J. Sullivan*
Thomas J. Sullivan (Atty I.D. No. 88838)
SHOOK, HARDY & BACON, LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
tsullivan@shb.com
T: (215) 278-2555
*Counsel for Defendant,*
*Wellness Pet LLC*

SO ORDERED, this 17th day of ___October___, 2022

                                                     **/s/ Mitchell S. Goldberg**
                                                      **HON. MITCHELL S. GOLDBERG**